No. 84–1930. MONTANA v. HODEL, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–2018. DIALAMERICA MARKETING, INC. v. BROCK, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 84–6994. SHELOR v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 84–7005. ABDULLAH v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 84–7006. HOOPER v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 85–18. PITTSBURGH TERMINAL CORP. ET AL. v. BALTIMORE & OHIO RAILROAD CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–27. LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. v. LOS ANGELES NAACP ET AL.; and

No. 85–213. LOS ANGELES BRANCH NAACP ET AL. v. LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 750 F. 2d 731.

No. 85–96. AIELLO ET AL. v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 85–201. LOVINGER v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–308. ANDERSON COUNTY, TENNESSEE, ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–312. BOHEMIA, INC., ET AL. v. BLOCK, SECRETARY OF AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari denied.